**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JAMES SAINT-AMOUR and ALENA IVLEVA
a/k/a JERRA BLUES, d/b/a Satorii, on behalf of
themselves and all others similarly situated,
                Plaintiffs,

    -against-                             16 **CIVIL** 4464 (PKC)

                                            **JUDGMENT**

THE RICHMOND ORGANIZATION, INC.,
and LUDLOW MUSIC, INC.,
                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 28, 2020, in the absence of a live case or controversy, the motion (Doc 27) to dismiss is granted and plaintiffs' claims under the Copyright Act are dismissed without prejudice; the motion (Doc 32) to substitute a party is denied; final judgment is entered for the defendants.

**Dated:** New York, New York
          February 28, 2020

                                              **RUBY J. KRAJICK**
                                                  Clerk of Court
                                   BY:
                                                      Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 2/28/2020